MONGAUP VALLEY COMPANY, INC., Appellant, *v.* ORANGE ROD AND GUN CLUB, INC., Respondent.

Submitted January 17, 1939; decided March 7, 1939.

*A. C. Taylor, James H. Brady* and *Morris M. Oppenheim* for appellant.

*Nellie Childs Smith, Blake Washington* and *John D. Lyons* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. Dissenting: RIPPEY, J.